E-FILED
Friday, 10 December, 2021  12:30:52 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| **RIDGEWOOD FALLS CONDOMINIUM UNIT OWNERS ASSOCIATION, INC., individually and on behalf of other similarly situated,** ) ) ) ) | |
| **Plaintiffs,** ) ) | **NO. 1:21-cv-1205-JES-JEH** |
| **vs.** ) ) | |
| **COUNTRY MUTUAL INSURANCE COMPANY,** ) ) | |
| **Defendant.** ) | |

## MOTION TO DISMISS

Defendant COUNTRY Mutual Insurance Company® ("CMIC"), through undersigned counsel, moves to dismiss Counts I and II of Plaintiff's Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief may be granted. CMIC relies upon the accompanying Memorandum of Law, which is incorporated by reference, and has been filed contemporaneously herewith pursuant to Local Rule 7.1(B).

WHEREFORE, Defendant respectfully requests this honorable Court enter an order dismissing Counts I and II of Plaintiff's Complaint and granting any further relief this Court deems fair and just.

**Pursuant to Local Rule 7.1(A)(2), Plaintiff respectfully requests oral argument to further explain and argue the facts, issues, and law set forth in this Motion and its corresponding Memorandum in Support.**

Dated: December 10, 2021          COUNTRY MUTUAL INSURANCE COMPANY®


                                  By: /s/ David G. Lubben
                                       One of Its Attorneys

David G. Lubben
ARDC #6207729
Davis & Campbell L.L.C.
401 Main Street, Suite 1600
Peoria, IL  61602
Telephone:  (309) 673-1681
Facsimile:  (309) 673-1690
dglubben@dcamplaw.com


S. Ault Hootsell III (#17630)
Butler Snow LLP
201 St. Charles Avenue, Suite 2700
New Orleans, LA 70170
Telephone: (504) 299-7752
Facsimile: (504) 299-7701
E-mail: ault.hootsell@butlersnow.com


Counsel for Defendant
COUNTRY Mutual Insurance Company®

## <u>CERTIFICATE OF SERVICE</u>

I certify that I filed the foregoing Motion to Dismiss on December 10, 2021, in the CM/ECF system of this Court which will generate an electronic service copy upon Plaintiffs' counsel of record on the same day as filing.

By: /s/ David G. Lubben

David G. Lubben
ARDC #6207729
Davis & Campbell, LLC
401 Main Street, Suite 1600
Peoria, IL 61602
Telephone: (309) 673-1681
Facsimile: (309) 673-1690
dglubben@dcamplaw.com

S. Ault Hootsell III (#17630)
Butler Snow LLP
201 St. Charles Avenue, Suite 2700
New Orleans, LA 70170
Telephone: (504) 299-7752
Facsimile: (504) 299-7701
E-mail: ault.hootsell@butlersnow.com

Counsel for Defendant
COUNTRY Mutual Insurance Company®