IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RIDGEWOOD FALLS CONDOMINIUM UNIT OWNERS ASSOCIATION, INC., individually and on behalf of other similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>COUNTRY MUTUAL INSURANCE COMPANY, )<br>)<br>Defendant. ) | NO. 1:21-cv-1205-JES-JEH |

## MOTION TO STAY PROCEEDINGS PENDING DECISION ON CERTIFIED QUESTIONS BY THE ARIZONA AND OHIO SUPREME COURTS

Defendant COUNTRY Mutual Insurance Company® ("CMIC"), through undersigned counsel, respectfully moves this Court to stay all proceedings in this class action case pending a decision by the Arizona Supreme Court and, if this Court grants CMIC's Motion to Certify Question to the Supreme Court of Ohio filed contemporaneously herewith, by the Supreme Court of Ohio.

The *Walker v. Auto-Owners Insurance Company*, Case No. CV-21-0236-CQ ("*Walker*") case is currently pending before the Arizona Supreme Court on certified questions from the United States District Court for the District of Arizona. The questions certified to the Arizona Supreme Court are:

A. When a homeowner's insurance policy does not define the terms "actual cash value" or "depreciation," may an insurer depreciate both the costs of materials and labor in determining the "actual cash value" of a covered loss?

B. Is the broad evidence rule applicable in Arizona such that an insurer and/or fact finder may consider labor depreciation as a pertinent factor in determining actual cash value?

*Walker v. Auto-Owners Ins. Co.,* 2021 WL 4516755, 2021 WL 453816 (D. Ariz. Oct. 1, 2021).

These same questions are at issue in this case in the context of a commercial policy, inasmuch as Plaintiff seeks to certify a class including policyholders in the State of Arizona. The District Court decision in *Walker* recognized that there is no controlling Arizona law on these issues.

Because *Walker* deals with a homeowner's policy, CMIC has also filed contemporaneously herewith a Motion to Certify the same two issues above to the Arizona Supreme Court in the context of the commercial policies at issue in this case. Dkt. ## 19, 20.

CMIC has also filed contemporaneously herewith a Motion to Certify Question to the Supreme Court of Ohio. Dkt. ## 17, 18. The question that CMIC seeks to be so certified is:

> **Where a property insurance policy provides for the payment of an actual cash value amount, and where the Ohio insurance regulation, Ohio Admin. Code 3901-1-54(I), provides that an "insurer shall determine actual cash value by determining the replacement cost of property at the time of loss . . . less any depreciation," does Ohio law permit the insurer to include labor costs in the calculation of depreciation in order to arrive at the actual cash value amount?**

The case pending in this Court is at a very early stage. CMIC has filed a Motion to Dismiss, and Motions to Certify Question to the Supreme Courts of Ohio and Arizona. Discovery has not started. No scheduling Order has been entered. No trial date has been set. No party will suffer substantial prejudice from a stay pending the decision by these Supreme Courts.

CMIC relies on a Memorandum in Support of this Motion filed contemporaneously.

Pursuant to Local Rule 7.1(A)(2), Defendant requests oral argument on this Motion to more thoroughly address the issues and for the guidance of the Court.

**WHEREFORE**, CMIC respectfully requests that the Court grant this motion and stay this matter in its entirety pending decision by the Arizona Supreme Court and, if this

Court grants CMIC's Motion to Certify Question to the Supreme Court of Ohio filed contemporaneously herewith, by the Supreme Court of Ohio.

Dated: December 10, 2021       COUNTRY MUTUAL INSURANCE COMPANY®

By: /s/ David G. Lubben
      One of Its Attorneys

David G. Lubben
ARDC #6207729
Davis & Campbell L.L.C.
401 Main Street, Suite 1600
Peoria, IL  61602
Telephone:  (309) 673-1681
Facsimile:   (309) 673-1690
dglubben@dcamplaw.com


S. Ault Hootsell III (#17630)
Butler Snow LLP
201 St. Charles Avenue, Suite 2700
New Orleans, LA 70170
Telephone: (504) 299-7752
Facsimile: (504) 299-7701
E-mail: ault.hootsell@butlersnow.com


Counsel for Defendant
COUNTRY Mutual Insurance Company®

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing Motion to Stay Pending Decision on Certified Questions by the Arizona and Ohio Supreme Courts on December 10, 2021, in the CM/ECF system of this Court which will generate an electronic service copy upon Plaintiffs' counsel of record on the same day as filing.

By: /s/ David G. Lubben

David G. Lubben
ARDC #6207729
Davis & Campbell, LLC
401 Main Street, Suite 1600
Peoria, IL  61602
Telephone:  (309) 673-1681
Facsimile:   (309) 673-1690
dglubben@dcamplaw.com

Motions for Admission Pending

S. Ault Hootsell III (#17630)
Butler Snow LLP
201 St. Charles Avenue, Suite 2700
New Orleans, LA 70170
Telephone: (504) 299-7752
Facsimile: (504) 299-7701
E-mail: ault.hootsell@butlersnow.com


Counsel for Defendant
COUNTRY Mutual Insurance Company®