E-FILED
Monday, 03 January, 2022  05:28:30 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| RIDGEWOOD FALLS CONDOMINIUM UNIT OWNERS ASSOCIATION, INC., individually and on behalf of others similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.1:21-cv-1205-JES-JEH ) |
| COUNTRY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

### JOINT MOTION TO STAY PROCEEDINGS & VACATE OUTSTANDING DEADLINES

Plaintiff, Ridgewood Falls Condominium Units Owners Association, Inc., and defendant, COUNTRY Mutual Insurance Company® (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly move this Court to stay proceedings and vacate all outstanding deadlines.

1. The Parties have begun good faith settlement negotiations with the goal of reaching a mutual voluntary resolution of this case including the class action allegations, without further Court involvement.

2. The Parties submit that, in light of the parties' engagement in good faith settlement discussions, good cause exists for this Court to stay for a brief period of time the litigation, including all outstanding deadlines, to allow the Parties to continue their efforts and, if a settlement is reached, to allow plaintiff to file a motion for approval of settlement agreement.

3.  Should a stay be granted, the Parties further request that a status conference be held on February 17, 2022, or as soon thereafter as the Court is available, should the Parties not report prior to that date that a settlement has been reached.

WHEREFORE, upon consideration of the forgoing motion, the Parties jointly request (1) that the Court stay the litigation in its entirety, including any outstanding deadlines, to allow the Parties to continue their settlement efforts and, if a settlement is reached, to allow plaintiff to file a motion for approval of settlement agreement, and (2) that a status conference be held on February 17, 2022, or as soon thereafter as the Court is available, should the Parties not report prior to that date that a settlement has been reached.

The Parties further request such other just and equitable relief to which they may be entitled.

Respectfully Submitted,

Dated: January 3, 2022           RIDGEWOOD FALLS CONDOMINIUM UNIT
                                 OWNERS ASSOCIATION, INC.


                                 By:  /s/  Erik D. Peterson_____
                                        One of its attorneys

Erik D. Peterson (KY Bar 93003)
MEHR, FAIRBANKS & PETERSON TRIAL LAWYERS, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Tel: 859-225-3731
edp@austinmehr.com

Douglas J. Winters (#6311459)
THE WINTERS LAW GROUP, LLC
190 Carondelet Plaza, Suite 1100
St. Louis, MO 63105
Tel: (314) 499-5200
dwinters@winterslg.com

J. Brandon McWherter (TN Bar #21600)
MCWHERTER SCOTT BOBBIT, PLC

341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
Tel: (615) 354-1144
brandon@msb.law

T. Joseph Snodgrass (#6319907)
LARSON KING LLP
Suite 2800
30 East 7th Street
St Paul, MN 55101
Tel: (651) 312-6500
jsnodgrass@larsonking.com

Counsel for Plaintiff,
Ridgewood Falls Condominium
Units Owners Association, Inc.

COUNTRY MUTUAL INSURANCE COMPANY®

By: /s/ David G. Lubben
      One of its attorneys

David G. Lubben
ARDC #6207729
Davis & Campbell L.L.C.
401 Main Street, Suite 1600
Peoria, IL  61602
Telephone:  (309) 673-1681
Facsimile:   (309) 673-1690
dglubben@dcamplaw.com

S. Ault Hootsell III (#17630)
Butler Snow LLP
201 St. Charles Avenue, Suite 2700
New Orleans, LA 70170
Telephone: (504) 299-7752
Facsimile: (504) 299-7701
E-mail: ault.hootsell@butlersnow.com

Counsel for Defendant,
COUNTRY Mutual Insurance Company®

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing Brief on January 3, 2022, in the CM/ECF system of this Court which will generate an electronic service copy upon Plaintiffs' counsel of record on the same day as filing.

Dated: January 3, 2022

                                             RIDGEWOOD FALLS CONDOMINIUM
                                             UNIT OWNERS ASSOCIATION, INC.

                                             By: /s/_____
                                                     One of its attorneys

[                ]

Counsel for Plaintiff,
Ridgewood Falls Condominium
Units Owners Association, Inc.