**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| RIDGEWOOD FALLS CONDOMINIUM UNIT OWNERS ASSOCIATION, INC., individually and on behalf of others similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.1:21-cv-1205-JES-JEH ) |
| COUNTRY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Order dated August 30, 2022, the Parties, by and through their undersigned counsel, submit the following report on this case. The Parties are close to reaching settlement on Plaintiff Ridgewood Falls Condominium Unit Owners Association, Inc.'s ("Ridgewood") claim and are working through several final outstanding issues. Since the Parties' last Joint Status Report filed on August 29, 2022, the Parties have exchanged multiple drafts of settlement documents related to Plaintiff Ridgewood's claim. The Parties anticipate that they will be able to finalize these settlement documents and file appropriate paperwork with the Court within 30 days of this report.

DATE: September 30, 2022

                                       **RIDGEWOOD FALLS CONDOMINIUM UNITS OWNERS ASSOCIATION, INC.**

                                       *s/Erik D. Peterson*

Erik D. Peterson (KY Bar 93003) ERIK PETERSON LAW OFFICES, PSC
249 E Main Street, Suite 150
Lexington, KY 40507
Tel: 800-614-1957
erik@eplo.law

Douglas J. Winters (#6311459)
THE WINTERS LAW GROUP, LLC
190 Carondelet Plaza, Suite 1100
St. Louis, MO 63105
Tel: (314) 499-5200
dwinters@winterslg.com

J. Brandon McWherter (TN Bar #21600)
MCWHERTER SCOTT BOBBIT, PLC
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
Tel: (615) 354-1144
brandon@msb.law

T. Joseph Snodgrass (MN Bar #6319907)
SNODGRASS LAW LLC
100 S. Fifth Street, Suite 800
Minneapolis, MN 55402
Tel: (612) 448-2600
jsnodgrass@snodgrass-law.com

Counsel for Plaintiff,
Ridgewood Falls Condominium
Units Owners Association, Inc.

2

                    **COUNTRY MUTUAL INSURANCE COMPANY®**

                    *s/David G. Lubben*

David G. Lubben (ARDC # 6207729)
Davis & Campbell, LLC
401 Main Street, Suite 1600
Peoria, Illinois 61602
Tel: (309) 673-1681
dglubben@dcamplaw.com

S. Ault Hootsell III (#17630)
Butler Snow LLP
201 St. Charles Avenue, Suite 2700
New Orleans, LA 70170
Tel: (504) 299-7752
ault.hootsell@butlersnow.com

Counsel for Defendant,
COUNTRY Mutual Insurance Company®

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing electronically Plaintiffs' counsel of record on the same day as filing.

By: /s/ *David G. Lubben*

David G. Lubben (ARDC # 6207729)
Davis & Campbell, LLC
401 Main Street, Suite 1600
Peoria, Illinois 61602
Tel: (309) 673-1681
dglubben@dcamplaw.com

S. Ault Hootsell III (#17630)
Butler Snow LLP
201 St. Charles Avenue, Suite 2700
New Orleans, LA 70170
Tel: (504) 299-7752
ault.hootsell@butlersnow.com

Counsel for Defendant,
COUNTRY Mutual Insurance Company®