UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **RIDGEWOOD FALLS CONDOMINIUM UNIT OWNERS ASSOCIATION, INC.,** individually and on behalf of others similarly situated, <br><br> **Plaintiff,** <br><br> v. <br><br> **COUNTRY MUTUAL INSURANCE COMPANY,** <br><br> **Defendant.** | Case No.1:21-cv-1205-JES-JEH |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)

Plaintiff, Ridgewood Falls Condominium Unit Owners Association, Inc., and defendant, COUNTRY Mutual Insurance Company® (the "Parties"), hereby stipulate that the Parties have settled this matter, that all costs of court have been paid, and that, pursuant to Federal Rule of Civil Procedure 41(a), the Parties do hereby dismiss this action in its entirety and with prejudice with each party to bear its own costs, fees, and expenses.

Respectfully submitted,

**PLAINTIFF'S COUNSEL:**

Dated: November 4, 2022

/s/ J. Brandon McWherter
J. BRANDON McWHERTER
(TN Bar #21600)
**McWHERTER SCOTT & BOBBITT, PLC**
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
(615) 354-1144
brandon@msb.law

ERIK D. PETERSON (KY Bar 93003)
**ERIK PETERSON LAW OFFICES, PSC**
249 E Main Street, Suite 150
Lexington, KY 40507
Tel: 800-614-1957
erik@eplo.law

Douglas J. Winters, #6311459
**The Winters Law Group, LLC**
190 Carondelet Plaza
Suite 1100
St. Louis, MO 63105
Tel: (314) 499-5200
Fax: (314) 499-5201
dwinters@winterslg.com

Attorneys for Plaintiff, Ridgewood Falls
Condominium Unit Owners Association, Inc.

**DEFENDANT'S COUNSEL:**

Dated: November 4, 2022

/s/David G. Lubben w/ permission by JBM
S. Ault Hootsell III (LA Bar No. 17630)
Butler Snow LLP
201 St. Charles Avenue, Suite 2700
New Orleans, LA 70170

David G. Lubben (ARDC No. 6207729)
Davis & Campbell, LLC
401 Main Street, Suite 1600
Peoria, Illinois 61602

Counsel for Defendant,
COUNTRY Mutual Insurance Company®